IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANTONIO GOLDMON**                                                                **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 4:14-CV-0112-SA-SAA**

**CHRISTOPHER EPPS, ET AL.**                                       **DEFENDANTS**

**ORDER**

The Defendants' Motion to Dismiss [35] (construed as a motion for summary judgment) is GRANTED, and this Case is DISMISSED without prejudice for failure to exhaust administrative remedies. CASE CLOSED.

**SO ORDERED** this the 24th day of August, 2015.

                                                         **/s/ Sharion Aycock**
                                                         **UNITED STATES DISTRICT JUDGE**